UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Veronica Robledo, et al.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-21-13

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

          Plaintiff(s).          12-CV-6111 (ALC)(DF)

    -against-

Bond No. 9 et al.,


          Defendant(s).
-----------------------------------------------------------X

This above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non dispositive pretrial motions and settlement)

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636 (c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose _____

____ Specific Non-Dispositive Motion/Dispute*

____ Habeas Corpus

____ Social Security

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral _____

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

____ Settlement

____ Inquest After Default/Damages Hearing

__ Particular Motion:

All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: 3/21/13    New York, New York

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE