# THE HARMAN FIRM, PC

ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019

TELEPHONE 212 425 2600   FAX 212 202 3926

WWW.THEHARMANFIRM.COM

October 9, 2013

Hon. Debra C. Freeman
United States Magistrate Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> **Re:** *Robledo, et al. v. Bond No. 9, et al.*, 12 CV 6111 (ALC)(DCF)
> related to
> *Robledo, et al. v. No. 9 Parfume Leasehold, et al.*, 12 CV 3579 (ALC)(DCF)

Dear Judge Freeman:

Per your October 2, 2013 order, attached please find a jointly agreed upon proposed scheduling order.

                                            Respectfully submitted,
                                            THE HARMAN FIRM, PC

                                            */s/ Walker G. Harman, Jr.*
                                            Walker G. Harman, Jr.