UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERONICA ROBLEDO and
KARIN MARIA WIDMANN,

                *Plaintiffs*,

-against-

BOND No. 9 a/k/a
BOND No. 9 PARFUME LEASEHOLD, INC. a/k/a
No. 9 PARFUME LEASEHOLD, INC. a/k/a and
incorporated as BOND No. 9 FRAGRANCE INC., and,
LAURICE RAHME, individually,

                *Defendants*.

------------------------------------------------------------------X

JOINTLY PROPOSED
SCHEDULING ORDER

12 CV 6111 (ALC)(RLE)

related to

12 CV 3579 (ALC)(DCF)

      Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

      1.    The parties do not consent to the disposition of this case by a United States Magistrate Judge.  The parties request a jury trial.

      2.    No additional parties may be joined without leave of the Court.

      3.    No additional causes of action or defenses may be asserted without leave of the Court.

      4.    Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than November 15, 2013.

      5.    All discovery is to be completed no later than March 1, 2014.

      6.    The parties do not anticipate experts, but to the extent either party calls an expert, experts shall be identified no later than January 31, 2014.

      7.    Any dispositive motion shall be filed not later than thirty (30) days of the close of discovery.

8.  Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 5 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion.  This case shall be trial ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

9.  The parties estimate the length of trial to be one (1) week.

Dated: October 9, 2013
New York, New York

By: _____s/_____
    Walker G. Harman, Jr. (WH 8044)
    THE HARMAN FIRM, PC
    *Attorneys for Plaintiffs*
    200 West 57th Street, Suite 900
    New York, New York 10019
    (212) 425-2600
    wharman@theharmanfirm.com

By: _____s/_____
    Jon Schuyler Brooks (IB 72lS)
    Marc B. Zimmerman (M 23923)
    PHILLPS NIZER LLP
    *Attorneys for Defendants*
    666 Fifth Avenue
    New York, New York 10103-0084
    (212) 977-9700
    brooks@phillipsnizer.com
    mzimmerman@phillipsnizer.com

Dated:

_____
SO ORDERED.
New York, New York
United States District Judge