UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
VERONICA ROBLEDO and
KARIN MARIA WIDMANN,

                *Plaintiffs*,

v.

BOND No. 9 a/k/a BOND No. 9 PARFUME
LEASEHOLD, INC. a/k/a No. 9 PARFUME
LEASEHOLD, INC. a/k/a and incorporated as
BOND No. 9 FRAGRANCE, INC., and
LAURICE RAHME, Individually,

                *Defendants*.
------------------------------------------------------------------X

ELECTRONICALLY FILED
(ECF CASE)

Case No. 12 CV 6111 (ALC)(DCF)

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties pursuant to Fed. R. Civ. P. 41(a), that the above-captioned action and any and all claims that were or could have been asserted in this action are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Dated: New York, New York
         March 19, 2014

PHILLIPS NIZER LLP

By: _____
Marc B. Zimmerman (MZ 3923)
mzimmerman@phillipsnizer.com
666 Fifth Avenue
New York, New York 10103-0084
Telephone: (212) 977-9700
Facsimile: (212) 262-5152
Attorneys for Defendants

THE HARMAN FIRM, PC

By: _____
Walker J. Harman, Jr. (WH-8044)
wharman@theharmanfirm.com
1776 Broadway, Suite 2030
New York, New York 10019
Telephone: (212) 425-2600
Facsimile: (212) 202-3926
Attorneys for Plaintiffs

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr., U.S.D.J.
4-22-14

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-22-14

1225684.3